(TXWD - r40.Ltr)

# UNITED STATES DISTRICT COURT

William G. Putnicki  
Clerk of the Court

Western District of Texas  
San Antonio Division  
655 E. Durango Blvd.  
San Antonio, Texas 78206

May 27, 2011

Clerk, U.S. District Court  
P.O. Box 1638  
Victoria, TX  77902

| | |
|---|---|
| Our Case Number: | SA:11-M -00449(1) |
| Your Case Number: | V-10-118(7) |
| USA vs. | (1) Alejandro Hernandez |

Dear Clerk,

The above named defendant is charged in the Southern District of Texas - Victoria Division and has been arrested in the Western District of Texas, San Antonio Division.

You may access electronically filed documents for this case at our DCN/CM/ECF web address:

http://156.124.96.229/MyDocketSheet/mydocketsheet.aspx

Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of this transmittal, and original documents, if any, by signing and returning the enclosed copy of this letter to the divisional office at the address listed above.

Sincerely,

William G. Putnicki,  
Clerk of the Court.

By:  Kathy L. Hicks  
Courtroom Deputy

(210) 472-6550 ext 5013  
Telephone No.

Encl.

RECEIVED THIS _____ DAY OF _____ , _____

BY: _____